# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM N. DAVIS,** | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:23-00061-JB-N |
| | ) |
| **RICHARD HETRICK,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated August 29, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner William Davis's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 dated January 28, 2023 (Doc. 1), be **DISMISSED without prejudice** for failure to prosecute under Fed. R. Civ. P. 41(b). Additionally, Davis is not entitled to a Certificate of Appealability in relation to this final adverse order, and the Court **CERTIFIES** any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Davis is not entitled proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 27th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE