## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM N. DAVIS,<br>    Petitioner, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:23-00061-JB-N<br>) |
| RICHARD HETRICK,<br>    Respondent. | )<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Petitioner William Davis's action is **DISMISSED without prejudice** for failure to prosecute under Federal Rule of Civil Procedure 41(b) and that **JUDGMENT** is entered in favor of Respondent Richard Hetrick and against Petitioner William Davis.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 27th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE